### In re MIRAPEX PRODUCTS LIABILITY LITIGATION.

No. 1836.

Judicial Panel on Multidistrict Litigation.

June 22, 2007.

Before WM. TERRELL HODGES,* Chairman, D. LOWELL JENSEN, J. FREDERICK MOTZ, ROBERT L. MILLER, Jr.,* KATHRYN H. VRATIL, DAVID R. HANSEN and ANTHONY J. SCIRICA, Judges of the Panel.

### TRANSFER ORDER

D. LOWELL JENSEN, Acting Chairman.

This litigation currently consists of 54 actions pending in the District of Minnesota, and one action pending in each of the following districts: the Northern District of California, the District of Maryland, the Western District of Missouri, and the Western District of Washington.[1] Common defendants in the actions move the Panel, pursuant to 28 U.S.C. § 1407, for an order centralizing this litigation in either the Southern District of New York or the District of Connecticut. Responding plaintiffs oppose transfer. In the event that the Panel orders centralization over their objections, responding plaintiffs support selection of the District of Minnesota as transferee forum.

■ On the basis of the papers filed and hearing session held, the Panel finds that these 58 actions involve common questions of fact, and that centralization under Section 1407 in the District of Minnesota will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation. All these actions involve common factual allegations concerning the alleged adverse side effects of the drug Mirapex, and the timeliness and adequacy of defendants' warnings concerning those side effects. Centralization under Section 1407 is necessary in order to eliminate duplicative discovery, prevent in-

consistent pretrial rulings, and conserve the resources of the parties, their counsel and the judiciary.

■ We conclude that the District of Minnesota is an appropriate transferee forum in this docket because i) this district has the most advanced of the 58 actions; ii) the judge there has had an opportunity to become familiar with the litigation; and iii) Minneapolis is easily accessible.

IT IS THEREFORE ORDERED that, pursuant to 28 U.S.C. § 1407, the actions in this litigation pending outside the District of Minnesota and listed on Schedule A are transferred to the District of Minnesota and, with the consent of that court, assigned to the Honorable James M. Rosenbaum for coordinated or consolidated pretrial proceedings with the actions pending in that district and listed on Schedule A.

### SCHEDULE A

*MDL–1836—In re Mirapex Products Liability Litigation*

*Northern District of California*

*Therese Bottiglieri v. Pfizer Inc., et al.,* C.A. No. 3:06–3248

*District of Maryland*

*William David Livingston, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 1:06–1887

*District of Minnesota*

*Gary Selinsky, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–873

---

* Judges Hodges and Miller took no part in the disposition of this matter.

**1.** In addition to these 58 actions, the Panel has been notified of more than 50 related actions. These actions and any other related actions will be treated as potential tag-along actions. *See* Rules 7.4 and 7.5, R.P.J.P.M.L., 199 F.R.D. 425, 435–36 (2001).

*Robert M. Zwayer, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–874

*Michael A. Dubaich, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–875

*Donald J. Nelsen v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–876

*Larry Webb, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–898

*Timothy Harms v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–899

*Timothy L. Estep v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–900

*Mary Conway v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–901

*Dennis M. Scharpen, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–1206

*Gary E. Charbonneau, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–1215

*Todd R. Cain v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–1582

*Manuel A. Quintela, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–1675

*Thaddeus R. Fayard v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–2144

*Hylton H. Dodd v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–2145

*Michael W. Averitt, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–2194

*William F. Courtney, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–2546

*Richard I. Bloom, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–2577

*Joyce A. Anderson v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–2578

*Kathleen R. Frye, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–2662

*Cynthia Harris, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–3009

*Daniel M. Hayward, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–3180

*Daniel F. Neal v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–3182

*Peggy J. Bronson v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–3254

*Theresa R. Seaman, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–3255

*Madeline J. Vingers v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–3284

*Irene M. Conejo v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–3519

*Melody S. Erickson v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–3526

*Alan Kite, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–3527

*George P. Wagner v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–3537

*Gordon J. Haughey, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–3539

*Stella C. Rush, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–3544

SCHEDULE A—Continued

*Carl M. Milam, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–3778

*Floyd Wayne Kanuch v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–3839

*Rick James Berger v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–4358

*Mark Mayer v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–4366

*Resa King, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–4502

*George Konrad v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–4699

*Steven Purser, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–4783

*Barbara Goldman, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–4784

*James Holmes, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–4785

*Florene D. Saracco v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–4827

*Greg Stutz v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–4828

*Thomas M. Celorie v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–4868

*Maryann J. Deleo, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–4869

*William Chamberlain, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–4870

*Ronald P. Markel, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–4871

SCHEDULE A—Continued

*Hilarie Pearce v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–4944

*Linda Michels, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–4945

*David Emery, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–4946

*Richard Scott Brown v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–4947

*William Gage, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–4948

*Carolyn Paulette Shows, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–4949

*Michele C. Glancy, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:06–5123

*Tza Ping Aliya Lee, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 0:07–39

*Western District of Missouri*

*Wayne Jackson, et al. v. Boehringer Ingelheim Pharmaceuticals, Inc., et al.,* C.A. No. 4:06–969

*Western District of Washington*

*Matthew Andresen, et al. v. Pfizer Inc., et al.,* C.A. No. 2:06–1413